UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMOND SOLOMON | CIVIL ACTION |
| VERSUS | NO. 16-1752 |
| W.S. MCCAIN, WARDEN | SECTION "S" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The petitioner's objections do not demonstrate that his appellate counsel was deficient for not raising issues related to the identification testimony, the motion to remove his makeup that covered his facial tattoo that was an identifying characteristic, the photographic lineup and the inclusion of manslaughter as a responsive verdict. As explained by the United States Magistrate Judge, these arguments were not likely to succeed. Therefore, appellate counsel was justified in choosing to raise only issues that had more substantial merit. Further, as explained by the United States Magistrate Judge, this court must determine whether the state court's decision was contrary to or involved an unreasonable application of clearly established precedent set by the Supreme Court of the United States. Louisiana's non-unanimous jury system has been upheld by the Supreme Court of the United States. Thus, the state court did not improperly apply this precedent in denying petitioner relief on this issue.

Therefore,

**IT IS ORDERED** that Demond Solomon's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  15  day of  March  , 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE